IN THE UNITED STATES DISTRICT COURT **FILED**
FOR THE _____ DISTRICT OF Guam **DISTRICT COURT OF GUAM**
_____ DIVISION
*(Write the District and Division, if any, of the court in which the complaint is filed.)*

MAR 09 2016

JEANNE G. QUINATA
CLERK OF COURT

Jaydeen C. DelaCruz
J48 Toves Apts.
Old Agat Gu, 96928

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Collection Agency of
Guam Inc. (VERI CHECK)
Hagatna Gu, 96928

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 16-00019

*(to be filled in by the Clerk's Office)*

Jury Trial:  ☐ Yes  ☐ No
 *(check one)*

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Jaydeen C. DelaCruz
Street Address: 4B Toves Apts.
City and County: Guam
State and Zip Code: 96928
Telephone Number: 671.565.2861
E-mail Address: jaydeendelacruz27@gmail.com

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name: Collection Agency
Job or Title (if known): of Guam Inc.
Street Address: Hagatna Guam,
City and County: 96928
State and Zip Code: Veri Check.
Telephone Number: 671.565.2861
E-mail Address (if known): jaydeendelacruz27@gmail.com

Defendant No. 2

Name: 
Job or Title (if known): 
Street Address: 
City and County:

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.  **If the Basis for Jurisdiction Is a Federal Question**

   List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

   after 3 months you don't pay your bills, you will be fined.

B.  **If the Basis for Jurisdiction Is Diversity of Citizenship**

   1.  The Plaintiff(s)

      a.  If the plaintiff is an individual

         The plaintiff, *(name)* Jaydeen C. DelaCruz, is a citizen of the State of *(name)* Guam.

      b.  If the plaintiff is a corporation

         The plaintiff, *(name)* Jaydeen C. DelaCruz, is incorporated under the laws of the State of *(name)* Guam, and has its principal place of business in the State of *(name)* Saipan, Rota, Tinian

      *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

   2.  The Defendant(s)

      a.  If the defendant is an individual

         The defendant, *(name)* Collection Agency of Guam Inc., is a citizen of the State of *(name)* Guam. Or is a citizen of *(foreign nation)* Saipan, Rota, Tinian

**IV.     Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I have a hosipital bill from GMHP. I don't have insurance. I have a balance I have to pay. I am under welfare and food stamp and is currently employed. and I was sent to the collection after a while. $5,000,000.00

**V.     Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.     For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3/09, 2016

Signature of Plaintiff: Jaudeen C. DelaCruz

Printed Name of Plaintiff: Jaudeen C. DelaCruz

**B.     For Attorneys**

Date of signing: _____, 20__.